ACCEPTED
03-16-00718-CV
13659524
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:30:58 AM
JEFFREY D. KYLE
CLERK

# No. 03-16-00718-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:30:58 AM
JEFFREY D. KYLE
Clerk

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF
TEXAS AT AUSTIN**

**IN RE VOLKSWAGEN CLEAN DIESEL LITIGATION:
TCAA ENFORCEMENT CASE**

**On Petition for Permissive Interlocutory Appeal from MDL No. 15-0844,
pending in the 353rd Judicial District Court
Travis County, Texas**

**VICTORIA COUNTY'S NOTICE OF
APPEARANCE OF COUNSEL
AND DESIGNATION OF LEAD COUNSEL ON APPEAL**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellee Victoria County files this Notice of Appearance of Counsel and Designation of Lead Counsel on Appeal as follows:

1.     Appellee designates the following attorneys as counsel on appeal:

Kevin D. Cullen
Special Counsel
Texas Bar No. 5208625
Cullen, Carsner, Seerden & Cullen L.L.P
119 South Main Street
Victoria, TX 77901
Telephone: (361) 573-6318
Telecopier: (361) 573-2603
kcullen@cullenlawfirm.com

1

Anthony F. Constant
Texas Bar No. 04711000
Special Counsel
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700 South
Corpus Christi, TX 78401
Telephone: (361) 698-8000
Telecopier: (361) 887-8010
office@constantlawfirm.com

2.     LEAD COUNSEL designation. Pursuant to TEX. R. APP. P. 6.1, Appellee hereby designates Anthony F. Constant office@constantlawfirm.com as LEAD COUNSEL on appeal.

3.     Appellee respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to Anthony F. Constant.

Respectfully submitted,

By: /s/ Anthony F. Constant
Anthony F. Constant
State Bar No. 04711000
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700 South
Corpus Christi, TX 78401
Telephone: (361) 698-8000
Telecopier: (361) 887-8010
office@constantlawfirm.com

**ATTORNEY FOR APPELLEE**
**VICTORIA COUNTY**

## CERTIFICATE OF SERVICE

I certify that on November 8th a copy of the foregoing Notice was served upon all counsel of record registered with the Electronic Filing Service for this matter in compliance with the Texas Rules of Appellate Procedure.

/s/ Anthony F. Constant
Anthony F. Constant
office@constantlawfirm.com